THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Zora Stocker, Appellant.
 
 
 

Appeal From Richland County
 James W. Johnson, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-113
Submitted February 1, 2008  Filed
 February 13, 2008   
AFFIRMED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 John Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM: Zora
 Stocker appeals from the revocation of her probation, arguing the circuit court erred by allowing a non-lawyer to
 present the States case for revoking her probation. We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  State v.
 Barlow, 372 S.C. 534, 539, 643 S.E.2d 682, 685 (2007) (holding that a
 probation agents presentation of the States case in a revocation proceeding
 does not constitute the unauthorized practice of law); State v. Hamilton, 333 S.C. 642, 648, 511 S.E.2d 94, 96 (Ct. App. 1999) (explaining that
 an issue must be raised to and ruled upon by the revocation judge to be
 preserved for appellate review). 
AFFIRMED.[2]
HUFF,
 KITTREDGE, and WILLIAMS, concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.
[2] After submitting his initial brief, defense counsel
 wrote a letter informing our court of the State v. Barlow decision.  In
 light of the Barlow decision, counsel requested we review Stockers
 probation revocation pursuant to Anders v. California, 386 U.S. 738
 (1967).  However, this request was not accompanied by a petition to be relieved
 as counsel.  Accordingly, the appeal proceeded as a non-Anders case.